B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **The Pasadena Playhouse State Theatre of California, Inc.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Express** 2965 W. Corporate Lakes Blvd. Weston, FL 33331 | **American Express** 2965 W. Corporate Lakes Blvd. Weston, FL 33331 | **Charge backs** | **Unliquidated** | **22,462.30** |
| **Brian Colburn** 201 Mercer St Seattle, WA 98109 | **Brian Colburn** 201 Mercer St Seattle, WA 98109 | **Trade debt** | | **13,036.97** |
| **Call Tower** 2270 Corporate Circle #110 Henderson, NV 89074 | **Call Tower** 2270 Corporate Circle #110 Henderson, NV 89074 | **Trade debt - main phone system line** | | **14,464.34** |
| **Carrier Corp** PO Box 93844 Chicago, IL 60673-3844 | **Carrier Corp** PO Box 93844 Chicago, IL 60673-3844 | **Trade debt - theatre air conditioning** | | **19,195.58** |
| **City of Pasadena** City Hall ; Room 326 P.O. Box 7115 300 North Garfield Ave. Pasadena, CA 91109-7215 | **City of Pasadena** City Hall ; Room 326 P.O. Box 7115 Pasadena, CA 91109-7215 | **Loan-guarantee reimbursement** | | **49,017.42** |
| **City of Pasadena (Municipal Services Cen** 100 N Garfield Ave Rm N106 Pasadena, CA 91101 | **City of Pasadena (Municipal Services Cen** 100 N Garfield Ave Rm N106 Pasadena, CA 91101 | **Trade debt** | | **9,430.05** |
| **Community Bank** 790 East Colorado Blvd 3rd Fl Pasadena, CA 91101 | **Community Bank** 790 East Colorado Blvd 3rd Fl Pasadena, CA 91101 | **Principal and fees on bank loan** | | **401,445.72** |
| **Community Bank** 790 East Colorado Blvd 3rd Fl Pasadena, CA 91101 | **Community Bank** 790 East Colorado Blvd 3rd Fl Pasadena, CA 91101 | **Principal and fees on bank loan** | | **190,254.03** |
| **Corporate Impressions** 10742 Burbank Blvd North Hollywood, CA 91601 | **Corporate Impressions** 10742 Burbank Blvd North Hollywood, CA 91601 | **Trade debt** | | **8,738.71** |
| **Dramatists Play Service Inc** 440 Park Avenue South New York, NY 10016 | **Dramatists Play Service Inc** 440 Park Avenue South New York, NY 10016 | **Trade debt** | | **13,412.48** |

B4 (Official Form 4) (12/07) - Cont.

In re **The Pasadena Playhouse State Theatre of California, Inc.**                    Case No.
                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Graham Agency**<br>311 W 43rd Street<br>New York, NY 10036 | **Graham Agency**<br>311 W 43rd Street<br>New York, NY 10036 | **Trade debt** | | **14,316.75** |
| **KKLA-FM**<br>PO Box 29023<br>Glendale, CA 91209 | **KKLA-FM**<br>PO Box 29023<br>Glendale, CA 91209 | **Trade debt** | | **11,200.00** |
| **KOST 103.5 FM**<br>3400 W Olive Avenue #550<br>Burbank, CA 91505 | **KOST 103.5 FM**<br>3400 W Olive Avenue #550<br>Burbank, CA 91505 | **Trade debt** | | **21,300.00** |
| **Los Angeles Times**<br>202 West First Street<br>Los Angeles, CA 90012 | **Los Angeles Times**<br>202 West First Street<br>Los Angeles, CA 90012 | **Trade debt** | | **9,708.91** |
| **Lucas Horsfall Murphy & Pendroh LLP**<br>100 East Corson St. #200<br>Pasadena, CA 91103-3841 | **Lucas Horsfall Murphy & Pendroh LLP**<br>100 East Corson St. #200<br>Pasadena, CA 91103-3841 | **Professional fees** | | **16,044.00** |
| **Omni Building Services Inc**<br>137 W Pomona Avenue #D<br>Monrovia, CA 91016 | **Omni Building Services Inc**<br>137 W Pomona Avenue #D<br>Monrovia, CA 91016 | **Trade debt** | | **20,705.35** |
| **Pasadena Playhouse LLC**<br>202 S. Lake #330<br>Pasadena, CA 91101 | **Pasadena Playhouse LLC**<br>202 S. Lake #330<br>Pasadena, CA 91101 | **Property-tax reimbursement payment** | **Contingent Unliquidated Disputed** | **59,146.67** |
| **TMS Management Services**<br>1443 East Washington Blvd #117<br>Pasadena, CA 91104 | **TMS Management Services**<br>1443 East Washington Blvd #117<br>Pasadena, CA 91104 | **Trade debt - IT technology maintenance** | | **11,577.00** |
| **Warner Bros Scenic Art Dept**<br>4000 Warner Blvd<br>Burbank, CA 91522 | **Warner Bros Scenic Art Dept**<br>4000 Warner Blvd<br>Burbank, CA 91522 | **Trade debt** | | **10,589.00** |
| **Western Studio Services**<br>4561 Colorado Blvd<br>Pasadena, CA 90039 | **Western Studio Services**<br>4561 Colorado Blvd<br>Pasadena, CA 90039 | **Unpaid rent on storage facility** | | **8,200.50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 10, 2010**                                Signature **/s/ Stephen Eich**
                                                                                           **Stephen Eich**
                                                                                           **Executive Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.