Thomas B. Walper (CA Bar No. 096667)
Bernard A. Eskandari (CA Bar No. 244395)
M. Lance Jasper (CA Bar No. 244516)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 452-5593
Facsimile:    (213) 687-3702
Email:    thomas.walper@mto.com
    bernard.eskandari@mto.com
    lance.jasper@mto.com

Proposed *Pro Bono* Bankruptcy Counsel for Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**MAY 27 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC.,**<br><br>Debtor and Debtor-in-Possession | Case No. 2:10-bk-28586-TD<br><br>Chapter 11<br><br>**SMALL BUSINESS CASE UNDER FRBP 1020**<br><br>**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING CERTAIN DATES FOR CONFIRMATION OF DEBTOR'S PLAN**<br><br>**Hearing**<br>Date:    May 26, 2010<br>Time:    2:00 p.m.<br>Place    Courtroom 1345<br>    255 East Temple Street<br>    Los Angeles, California 90012 |

A hearing was held on May 26, 2010, during which the Court considered the *Ex Parte Motion for Order Conditionally Approving Debtor's Proposed Disclosure Statement and Fixing Certain Dates for Confirmation of Debtor's Plan* [Docket No. 56] (the "Motion")[1] filed by

---

[1] Capitalized terms not otherwise defined herein have the same meaning as ascribed in the Motion.

10727684.1

1  The Pasadena Playhouse State Theatre of California, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor" or "PPST").  Appearances at the hearing are reflected in the record.

Having considered the Motion, its supporting papers, the Proposed Disclosure Statement, the Proposed Plan, any and all responses to the Motion, the arguments of counsel made at the hearing, the facts and circumstances of this matter; having previously set certain dates relating to confirmation of the Proposed Plan, *see Order Granting Emergency Motion for Order Setting Certain Dates Necessary for Timely Confirmation of Debtor's Proposed Chapter 11 Plan of Reorganization* [Docket No. 52] (the "Scheduling Order"); and good cause appearing therefor,

**IT IS SO ORDERED** as follows**:**

1. The Motion is GRANTED.

2. The Proposed Disclosure Statement is conditionally approved.

3. By May 31, 2010, (i) the Proposed Plan, (ii) the Proposed Disclosure Statement, and (iii) a ballot substantially conforming to Official Form 14 shall be mailed to those parties requiring solicitation, and shall be transmitted to the Office of the United States Trustee.

4. June 18, 2010, is fixed as the last day for receipt by the Debtor of written acceptances or rejections of the Proposed Plan.

5. June 28, 2010, is fixed as the last day for filing and serving written objections to the Proposed Disclosure Statement and to confirmation of the Proposed Plan.

1        6.    July 7, 2010, at 3:00 p.m., is fixed for the hearing on final approval of the Proposed Disclosure Statement (if a written objection has been timely filed) and for the hearing to consider confirmation of the Proposed Plan.

###

DATED: May 27, 2010

_____
United States Bankruptcy Judge

| In re:<br>THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC.<br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-28586-TD |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

355 South Grand Avenue, Suite 3500, Los Angeles, CA 90071-1560

A true and correct copy of the following document described
 **ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING CERTAIN DATES FOR CONFIRMATION OF DEBTOR'S PLAN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
N/A

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
N/A

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 21, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Thomas B. Donovan (Personal Delivery)
United States Bankruptcy Court
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2010 | Bernard A. Eskandari | /s/ Bernard A. Eskandari |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC.<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-28586-TD |
|---|---|

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND FIXING CERTAIN DATES FOR CONFIRMATION OF DEBTOR'S PLAN** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 26, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Lance Jasper    lance.jasper@mto.com
- Dare Law    dare.law@usdoj.gov
- Steven G Polard    spolard@perkinscoie.com
- Damon G Saltzburg    ds@srblaw.com, cs@srblaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
The Pasadena Playhouse State Theatre of California, Inc.
600 N. Rosemead Blvd.
Pasadena, CA 91107-2101

Attorney for Debtor
Thomas B Walper
355 S Grand Ave 35th Fl
Los Angeles, CA 90071-1560

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
N/A

☐ Service information continued on attached page