DARRYL W. CLUSTER (SBN 143503)
DCluster@GreenbergGlusker.com
JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for The Edgerton Foundation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Case No. 2:10-bk-28586-TD |
|---|---|
| THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC., | Chapter 11 |
| | **EDGERTON FOUNDATION'S OBJECTION TO PROPOSED DISCLOSURE STATEMENT AND TO CONFIRMATION OF PROPOSED PLAN OF REORGANIZATION; DECLARATION OF DARRYL W. CLUSTER** |
| Debtor. | Date: July 7, 2010<br>Time: 3:00 p.m.<br>Place: Courtroom 1345<br>255 East Temple Street<br>Los Angeles, California 90012 |

The Edgerton Foundation ("Foundation") hereby submits its objection[1] to (1) the Disclosure Statement proposed by The Pasadena Playhouse (the "Debtor"), and (2) confirmation of the Debtor's proposed Plan of Reorganization based on the following facts:

---

[1] In order to explore a possible resolution, the Foundation requested and obtained from the Debtor's counsel an extension of time to object to the Disclosure Statement and Plan until July 2, 2010.

10496-00002/1738986.1

OBJECTION TO PROPOSED DISCLOSURE
STATEMENT & PROPOSED PLAN

On or about August 11, 2009, the Foundation made a grant of $75,000 (the "Grant") to the Debtor. Attached hereto as Exhibit A is a true and correct copy of the letter from the Foundation to the Debtor which accompanied and described the purpose of the Grant. As set forth in Exhibit A, the Grant consisted of restricted funds which were to be used solely for the purpose of extending the rehearsal period for the play "Havana", which was scheduled to be performed by the Debtor. In or about March 2010, the Foundation learned that the Debtor no longer intended to present a performance of "Havana", and accordingly, the Debtor could no longer utilize the restricted funds for the purpose specified by the Foundation.

Upon learning that the Debtor could not use the Grant for its intended purpose, the Foundation contacted the Debtor in writing seeking return of the restricted funds. Attached hereto as Exhibit B is a true and correct copy of a letter from Darryl Cluster of Greenberg Glusker, counsel for the Foundation, seeking return of the restricted funds. Because the Grant to the Debtor for the extended rehearsal period for "Havana" was limited to this specific purpose, under California law the funds are restricted and may not be applied for any other use.

The Foundation did not learn of the bankruptcy filing until approximately mid-June 2010. It appears that the Foundation was not listed as a creditor of any kind in the bankruptcy case. Moreover, neither the Plan nor the Disclosure Statement contains any <u>specific</u> discussion of the Foundation, the Grant or the treatment of the restricted funds.

Exhibit E to the Debtor's proposed Plan of Reorganization contains a liquidation analysis which provides that the Debtor has "cash on hand" of $0.00, while footnote 3 explains that the "cash on hand" does not include "approximately $90,000 in cash subject to "restricted use" limitations". The Foundation believes that the referenced $90,000 should include the Foundation's restricted funds.[2]

---

[2] Debtor's counsel has advised the Foundation's counsel that the Debtor is no longer holding the $75,000 in restricted funds, but has not clarified whose funds are included in the $90,000.

1   The Foundation hereby requests that the proposed Disclosure Statement not be
2   approved and/or the proposed Plan not be confirmed until the Debtor has more
3   specifically accounted for the Foundation's restricted funds, provided more specific detail
4   regarding footnote 3, and provided for return of the restricted funds pursuant to California
5   law.

7   DATED: July 2, 2010

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: _____
JEFFREY A. KRIEGER (SBN 156535)
Attorneys for The Edgerton Foundation

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

10496-00002/1738986.1                    3                    OBJECTION TO PROPOSED DISCLOSURE
                                                              STATEMENT & PROPOSED PLAN

## DECLARATION OF DARRYL W. CLUSTER

I, Darryl W. Cluster, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney with Greenberg Glusker Fields Claman & Machtinger LLP, counsel for The Edgerton Foundation (hereinafter, the "Foundation"). The facts set forth herein are true of my own personal knowledge and if sworn I could and would testify competently thereto.

2. On or about August 11, 2009, the Foundation made a grant of $75,000 in restricted funds to The Pasadena Playhouse (the "Debtor"). Attached hereto as Exhibit A is a true and correct copy of the Foundation's cover letter to the Debtor which accompanied the delivery of the restricted funds.

3. The Foundation has been advised that the Debtor will no longer be able to use the restricted funds for their intended purpose; namely, extra rehearsals for the play "Havana", because the Debtor was no longer going to be performing "Havana". Attached hereto as Exhibit B is a true and correct copy of my letter written on behalf of the Foundation, seeking return of the restricted funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July, 2010, at Los Angeles, California.

_____
Darryl W. Cluster

# EXHIBIT A

August 11, 2009

Brad Price
Sheldon Epps
Pasadena Playhouse
39 S El Molino Ave
Pasadena, CA 91101-2616

Dear Brad & Sheldon,

The Directors of the Edgerton Foundation are pleased to grant $75,000.00 in support of your world premiere production of **"Havana"** as detailed in your proposal. As discussed, the funds will be utilized to extend the rehearsal time for the cast with the full creative team in residence.

We have great hopes along with you that this new play will join the American repertoire of frequently produced plays. Please share with us any knowledge you have of further productions in other theaters, and after the completion of your production please send us an accounting of how the funds were spent.

Any publicity should note that this play is a recipient of an "Edgerton Foundation New American Plays" award. We would ask that you note this award on your website and in any printed materials you produce. It is our hope that in the years ahead, the new plays that have received awards will get more attention in the theatre community.

Theatre Communications Group (TCG) will be contacting you about publicizing the award, so kindly respond to their request for information. We want your play to be noticed by the larger theatre community and performed many times.

TCG posted previous award winners on their website, with links to the theatre. Here is their site: http://www.tcg.org/tools/newplays/index.cfm. Please help them promote your play by providing background material to TCG. Please also set up an electronic link from your site to the TCG site, as many theatres have done.

Sincerely,


Bradford W. Edgerton, M.D.
President
Edgerton Foundation


Enclosure: A check is enclosed for the extension of the rehearsal period.

EXHIBIT __A__
PAGE __5__

# EXHIBIT B

**GREENBERG GLUSKER**
The Counsel You Keep™

**Darryl W. Cluster**
D: 310.201.7444
F: 310.201.2344
DCluster@GreenbergGlusker.com
File Number: 10496-00002

April 13, 2010

Stephen Eich
Sheldon Epps
Pasadena Playhouse State Theatre of California, Inc.
39 S. El Molino Ave
Pasadena, California 91101-2616

Re:    Edgerton Foundation

Dear Mr. Eich and Mr. Epps:

This firm represents the Edgerton Foundation (the "Foundation"). We have been advised by our client that the Pasadena Playhouse (the "Playhouse") is shutting its doors for financial reasons, and that Pasadena Playhouse State Theatre of California, Inc. (the "Corporation") is no longer staging productions at the Playhouse.

On or around August 11, 2009, the Foundation made a restricted grant of $75,000 to the Corporation to be used solely to extend the rehearsal time for the play entitled "Havana". It is our understanding that production for "Havana" ceased and was never completed, and that no such extra rehearsals have been or will be held.

Under California law, a charitable organization is bound to use contributions solely for the purposes for which they were given. As set forth above, the Corporation has not and will not be able to use the grant made by the Foundation for its restricted purpose. Accordingly, we ask that you please promptly return the entirety of the $75,000 to the Edgerton Foundation so that such funds can be forwarded to another tax-exempt theatrical organization to be utilized for the same or similar purposes.

Please contact me with any questions you may have.

Sincerely,

Darryl W. Cluster

DWC

cc: Brad Edgerton

Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067
T: 310.553.3610 | F: 310.553.0687

10496-00002/1725603.1

GreenbergGlusker.com

EXHIBIT B
PAGE 6

Pasadena Playhouse State Theatre of
California, Inc.
April 13, 2010
Page 2

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

10496-00002/1725603.1

GreenbergGlusker.com

EXHIBIT  B
PAGE  7

| In re: | CHAPTER 11 |
|---|---|
| The Pasadena Playhouse State Theatre of California, Inc., Debtor(s). | CASE NUMBER 2:10-bk-28586-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document described **EDGERTON FOUNDATION'S OBJECTION TO PROPOSED DISCLOSURE STATEMENT AND TO CONFIRMATION OF PROPOSED PLAN OF REORGANIZATION; DECLARATION OF DARRYL W. CLUSTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 2, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Lance Jasper    lance.jasper@mto.com
- Dare Law    dare.law@usdoj.gov
- Steven G Polard    spolard@perkinscoie.com
- Damon G Saltzburg    ds@srblaw.com, cs@srblaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 2, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By U.S. Mail**: Thomas B Walper, 355 S Grand Ave., 35th Fl., Los Angeles, CA 90071-1560

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2010, I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**By Personal Delivery**
Judge Thomas B. Donovan
Los Angeles Division, U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2010 | Susan Sullivan | /s/ Susan Sullivan |
|---|---|---|
| Date | Type Name | Signature |