Thomas B. Walper (CA Bar No. 096667)
Bernard A. Eskandari (CA Bar No. 244395)
M. Lance Jasper (CA Bar No. 244516)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 452-5593
Facsimile:   (213) 687-3702
Email:   thomas.walper@mto.com
     bernard.eskandari@mto.com
     lance.jasper@mto.com

*Pro Bono* Bankruptcy Counsel for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC.,**<br><br>Debtor and Debtor-in-Possession | Case No. 2:10-bk-28586-TD<br><br>Chapter 11<br><br>**SMALL BUSINESS CASE UNDER FRBP 1020**<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN EICH IN RESPONSE TO EDGERTON FOUNDATION'S OBJECTION AND IN SUPPORT OF CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION**<br><br>**Plan Confirmation Hearing**<br>Date:  July 7, 2010<br>Time:  3:00 p.m.<br>Place  Courtroom 1345<br>   255 East Temple Street<br>   Los Angeles, California 90012 |

11110643.1

I, Stephen Eich, declare as follows:

1. I am the Executive Director of The Pasadena Playhouse State Theatre of California, Inc., the above-captioned debtor and debtor-in-possession (the "Playhouse" or "Debtor"). In this capacity, I am generally familiar with the day-to-day operations, business, and financial affairs of the Debtor, and with much of the Playhouse's history. All facts set forth in this Declaration are based on my personal knowledge, information supplied to me by employees of the Debtor, upon my review of the Debtor's books and records, or upon my opinion based on my experience and knowledge. If I were called to testify thereto, I could and would competently do so.

2. I submit this declaration to supplement my declaration filed on July 6, 2010 [Docket No. 89], which was submitted in response to *Edgerton Foundation's Objection to Proposed Disclosure Statement and to Confirmation of Proposed Plan of Reorganization* [Docket No. 84] (the "Objection") and in support of confirmation of the Debtor's *Second Amended Plan of Reorganization* [Docket No. 58] (the "Plan") and final approval of *Disclosure Statement on Second Amended Plan of Reorganization* [Docket No. 59] (the "Disclosure Statement").

3. The Playhouse expended considerable time, money, and energy in preparing to stage "Havana." Although, "Havana" has not been staged, a production budget was drafted; producers were located; and various workshops took place in New York, which were attended by Playhouse employees, all in furtherance of this project. "Havana" was slated for its world premier at the Playhouse sometime in July 2010, and a considerable, good-faith effort went in to meeting this target date.

4. I have spoken with the former general manager of the Playhouse, who was its general manager until October 2009, to obtain additional details of what transpired with respect to the $75,000 donated to the Playhouse by the Edgerton Foundation (the "Edgerton Funds"). I also have discussed this matter with the Playhouse's current bookkeeper. As I understand the facts, the Edgerton Funds were deposited in the Playhouse general operating account on August 20, 2009, and were never segregated. While there was a positive account balance in that account at the time, $75,000 was moved from that account to reduce the principal of a $600,000 line of credit (the "Line of Credit") in order to reduce its attendant interest payments. I was told that the

- 2 -

11110643.1

1 | Playhouse did this with every intention of redrawing the Edgerton Funds. This, however, became
2 | impossible when the Line of Credit was closed on or around February 2010.
3 |
4 |     I declare under penalty of perjury that the foregoing is true and correct to the best of my
5 | knowledge. Executed this July 7, 2010, at Los Angeles, California.

_____
Stephen Eich

11110643.1

| In re: | CHAPTER 11 |
|---|---|
| THE PASADENA PLAYHOUSE STATE THEATRE OF CALIFORNIA, INC. | CASE NUMBER: 2:10-bk-28586-TD |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 355 S. Grand Ave., Los Angeles, CA 90071.

A true and correct copy of the following document:

(i) *SUPPLEMENTAL DECLARATION OF STEPHEN EICH IN RESPONSE TO EDGERTON FOUNDATION'S OBJECTION AND IN SUPPORT OF CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 6, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Lance Jasper    lance.jasper@mto.com
    Jeffrey A Krieger    jkrieger@ggfirm.com
    Dare Law    dare.law@usdoj.gov
    Steven G Polard    spolard@perkinscoie.com
    Damon G Saltzburg    ds@srblaw.com, cs@srblaw.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 24, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

    Email Delivery
    Chambers of the Honorable Thomas B. Donovan
    christopher_stiner@cacb.uscourts.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2010 | Bernard A. Eskandari | /s/ Bernard A. Eskandari |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**